IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER C. RUSSELL,

    Petitioner,               No. CIV S-10-2137 MCE EFB P

    vs.

ROCHELLE HAO,

    Respondent.           ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 30, 2010, the undersigned recommended that this action be dismissed because petitioner has not paid the filing fee or filed a completed in forma pauperis application. Dckt. No. 8. On October 27, 2010, petitioner filed a letter with the court, stating that he was transferred to a new prison, has been without his personal property, and has not had access to a pen or paper. Dckt. No. 11. Petitioner therefore requests "more time." *Id.* The court construes petitioner's letter as a request for an extension of time to either pay the filing fee or file a completed in forma pauperis application. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that petitioner's October 27, 2010 letter, construed as a request for an extension of time, is granted and petitioner has 30 days from the date this order is served to either pay the filing fee or file a completed in forma pauperis

1

1  application. Should petitioner fail to comply with this order, the September 30, 2010 findings
2  and recommendations will be submitted to the District Judge. The Clerk of the Court is directed
3  to mail to petitioner a form application for leave to proceed in forma pauperis.
4  Dated: December 6, 2010.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE